## GRUNER v. HARTMAN.

Argued November 8, 1900—Decided February 25, 1901.

1. Where, on *certiorari* to review the return of a private road, it appears that the width it has been laid out exceeds that authorized by the statute, such return will be set aside, unless the error is corrected by amendment.
2. The proceedings will be remitted to the Common Pleas to set aside the return, unless an amendment is ordered on application of an applicant for the road.
3. Prosecutor not being an applicant, cannot make such application, and is entitled to costs in this court.

On *certiorari.*

Before Justices GARRISON and GARRETSON.

For the prosecutor, *Samuel M. Roberts.*

For the defendant, *Watkins & Avis.*

PER CURIAM.

This is a proceeding to lay out a private road. By the return the road is laid out two rods in width. *Gen. Stat., p.* 2821, § 77, provides that every private road shall be not more than thirty feet in width. The return must be set aside, unless this error is corrected by amendment of the return. The proceedings will be remitted to the Common Pleas to be so dealt with, unless an amendment is ordered upon application of an applicant for the road.

Inasmuch as the prosecutor (not being an applicant) could not have made such an application, he is entitled to costs in this court. *Gen. Stat., p.* 2845, § 195.